JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

FAHID FIRAS FAHID SHARQAWI,

Petitioner,

v.

JAMES JANECKA,

Respondents.

Case No. 5:26-cv-03683-MBK

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed with prejudice.

Dated: July 31, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE